TUXEDO PARK ASSOCIATION, INC., Respondent, *v.* PAUL E. JACKSON et al., Appellants, et al., Defendants.

Argued October 14, 1954; decided October 22, 1954.

866

*Elbert N. Oakes* for appellants.

*Clare J. Hoyt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.